NF

**FILED**

DEC 1 3 2007    NH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ) No. 07 CR 410
                                              )
                                              )
                                              )  Violations: Title 21, United States Code,
                     v.                       )  Sections 841 and 846; and Title 18, United
                                              )  States Code Sections 922(g)(1), 924(c),
                                              )  1952 and 2.
CALVIN BUFFINGTON,                            )
        aka "Big Buff", "Big Boy", "Buff",    )
        "Big F" and "Ghost Dog",              )
BRAD PARKER,                                  )  **SUPERSEDING INDICTMENT**
        aka "Jay", "Jay Whizzle",             )
        "Whizzle" and                         )
        "Steven Parker"                       )
MICHAEL BUFFINGTON,                           )  *JUDGE LEINENWEBER*
        aka "Mike" and "Bro",                 )
LOIS BUFFINGTON,                              )
        aka "Momma",                          )
COREY ANDERSON,                               )  *MAGISTRATE JUDGE COLE*
        aka "Kokimo",                         )
ANTONIE BODDIE,                               )
        aka "Tweed" and "Tweety Bird",        )
RONNIE HOGUE,                                 )
        aka "Little Bro",                     )
JOHNNIE HUGHES,                               )
        aka "Cuz" and "Lil' Cuz",            )
CHRISTOPHER DUKES,                            )
        aka "14",                             )
CEDRIC SMITH,                                 )
        aka "Ce" and "Ced",                   )
ERIC CALDWELL,                                )
        aka "E-Dub",                          )
DAWNYA PARKER,                                )
DARELENE BETTIS,                              )
MARCO PULIDO,                                 )
        aka "Mark"                            )
JOHN SLATE,                                   )
        aka "Flip",                           )
MICHAEL SMITH,                                )
SESSOR DERRION HOWARD,                        )
        aka "Derrion Howard" and "D",         )
MARK THOMAS,                                  )
KWAME ANTHONY,                                )
        aka "Q",                              )

GREGORY HARRIS,                    )
    aka "G", and                )
ALICIA BETTIS                      )

## COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

1.    Beginning no later than in or about 2005, and continuing until at least on or about June 28, 2007, at Chicago, Calumet City, Country Club Hills, and Flossmoor in the Northern District of Illinois, Eastern Division, and elsewhere,

CALVIN BUFFINGTON,
aka "Big Buff", "Big Boy", "Buff", "Big F" and "Ghost Dog",
BRAD PARKER,
aka "Jay", "Jay Whizzle", "Whizzle" and "Steven Parker",
MICHAEL BUFFINGTON, aka "Mike" and "Bro",
LOIS BUFFINGTON,
aka "Momma",
COREY ANDERSON,
aka "Kokimo",
ANTONIE BODDIE,
aka "Tweed" and "Tweety Bird",
RONNIE HOGUE,
aka "Little Bro",
JOHNNIE HUGHES,
aka "Cuz" and "Lil' Cuz",
CHRISTOPHER DUKES,
aka "14",
CEDRIC SMITH,
aka "Ce" and "Ced",
ERIC CALDWELL,
aka "E-Dub",
DAWNYA PARKER,
DARELENE BETTIS,
MARCO PULIDO,
aka "Mark",
JOHN SLATE,
aka "Flip",
MICHAEL SMITH,
SESSOR DERRION HOWARD,

2

aka "Derrion Howard" and "D",
MARK THOMAS,
KWAME ANTHONY,
aka "Q",
GREGORY HARRIS,
aka "G", and
ALICIA BETTIS,

defendants herein, did conspire with each other, and with others known and unknown to the Grand Jury, knowingly and intentionally to possess with intent to distribute and to distribute controlled substances, namely in excess of 5 kilograms of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance, and in excess of 1 kilogram of mixtures and substances containing heroin, a Schedule I Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.    It was part of the conspiracy that defendant CALVIN BUFFINGTON led a drug trafficking organization (hereinafter "the BUFFINGTON DTO") that obtained wholesale quantities of cocaine and heroin in the Chicago area for resale in the Chicago, Illinois area and the Detroit, Michigan area.

3.    It was further part of the conspiracy that defendant CALVIN BUFFINGTON, on behalf of the BUFFINGTON DTO, coordinated the purchase of wholesale amounts of cocaine from various cocaine suppliers, including Co-Conspirator A and defendant MARCO PULIDO, and wholesale amounts of heroin from various heroin suppliers, including defendant BRAD PARKER.

4.    It was further part of the conspiracy that defendants COREY ANDERSON, RONNIE HOGUE, CEDRIC SMITH, CHRISTOPHER DUKES, MARK THOMAS and other co-conspirators, on behalf of the BUFFINGTON DTO, processed (or "adulterated") and repackaged cocaine at various locations, including the residence of MICHAEL BUFFINGTON, located at 11527 Aberdeen

3

Street, Chicago, Illinois, so that the cocaine could be resold to others. The processing of the cocaine involved combining the cocaine with other substances, thereby increasing the amount of the cocaine while decreasing its purity.

5. It was further part of the conspiracy that defendant including CALVIN BUFFINGTON and defendants LOIS BUFFINGTON, MICHAEL BUFFINGTON, JOHNNIE HUGHES, ANTONIE BODDIE , CHRISTOPHER DUKES, DAWNYA PARKER and other co-conspirators, acting on behalf of CALVIN BUFFINGTON, stored wholesale quantities of cocaine and heroin at various locations, including the residence of CALVIN BUFFINGTON, located at 3235 N. Talman, Chicago, Illinois, the residence of LOIS BUFFINGTON, located at 11543 S. Carpenter Street, Chicago, Illinois, the residence of MICHAEL BUFFINGTON, located at 11527 Aberdeen Street, Chicago, Illinois, the residence of JOHNNIE HUGHES, located at 12916 S. Aberdeen, Calumet Park, Illinois, the residence of ANTONIE BODDIE, located at 5030 W. 179th Street, Country Club Hills, Illinois, the residence of CHRISTOPHER DUKES, located at 12950 S. Carpenter, Calumet City, Illinois, and the residence of DAWNYA PARKER, located at 842 Verne Lane, Flossmoor, Illinois.

6. It was further part of the conspiracy that defendant CALVIN BUFFINGTON and defendants MICHAEL BUFFINGTON, JOHNNIE HUGHES, ANTONIE BODDIE, RONNIE HOGUE, CHRISTOPHER DUKES, CEDRIC SMITH and JOHN SLATE, acting at the direction of defendant CALVIN BUFFINGTON, regularly distributed wholesale quantities of cocaine to Chicago-based customers of the BUFFINGTON DTO, including defendants ANTONIE BODDIE, COREY ANDERSON, CEDRIC SMITH, ERIC CALDWELL, SESSOR DERRION HOWARD, MARK THOMAS and KWAME ANTHONY for resale to others. Defendant CALVIN

4

BUFFINGTON also distributed wholesale quantities of heroin to Chicago-based customers, including defendant KWAME ANTHONY. The cocaine and heroin were commonly "fronted" to wholesale customers, meaning the cocaine and heroin was provided to the customers with the understanding that the customers would make a complete payment for the cocaine or heroin later after they resold the cocaine or heroin.

7.    It was further part of the conspiracy that defendant CALVIN BUFFINGTON and defendants JOHNNIE HUGHES and JOHN SLATE, acting at the direction of CALVIN BUFFINGTON, regularly distributed wholesale quantities of cocaine to Detroit-based customers of the BUFFINGTON DTO, including defendant BRAD PARKER, who was assisted by defendants ALICIA BETTIS and DARELENE BETTIS and Co-Conspirator B and Co-Conspirator F, and defendant GREGORY HARRIS, who was assisted by defendant MICHAEL SMITH. Defendant CALVIN BUFFINGTON also regularly distributed wholesale quantities of heroin to Detroit-based customers, including defendant BRAD PARKER. The cocaine and heroin were commonly fronted to the Detroit-based customers of the BUFFINGTON DTO.

8.    It was further part of the conspiracy that defendants ALICIA BETTIS and DARELENE BETTIS and Co-Conspirator B and Co-Conspirator F assisted defendant BRAD PARKER by transporting narcotics proceeds from the Detroit, Michigan area to defendant CALVIN BUFFINGTON and other co-conspirators in the Chicago, Illinois area. Defendants ALICIA BETTIS and DARELENE BETTIS and Co-Conspirator B and Co-Conspirator F further assisted defendant BRAD PARKER by transporting cocaine from CALVIN BUFFINGTON and other co-conspirators in the Chicago, Illilnois area to defendant BRAD PARKER in the Detroit, Michigan area.

9.    It was further part of the conspiracy that defendants CALVIN BUFFINGTON, LOIS

5

BUFFINGTON, RONNIE HOGUE, JOHNNIE HUGHES, JOHN SLATE and other co-conspirators, on behalf of the BUFFINGTON DTO, collected United States Currency derived from the sale of narcotics ("narcotics proceeds") from customers of the BUFFINGTON DTO in Chicago and Detroit.

10.     It was further part of the conspiracy that defendants CALVIN BUFFINGTON, MICHAEL BUFFINGTON and LOIS BUFFINGTON stored narcotics proceeds on behalf of the BUFFINGTON DTO at locations including the residence of CALVIN BUFFINGTON, located at 3235 N. Talman, Chicago, Illinois, the residence of LOIS BUFFINGTON, located at 11543 S. Carpenter Street, Chicago, Illinois, the residence of MICHAEL BUFFINGTON, located at 11527 Aberdeen Street, Chicago, Illinois, the residence of Co-Conspirator D in Chicago, Illinois and the residence of Co-Conspirator E in Chicago, Illinois.

11.     It was further part of the conspiracy that certain defendants, including CALVIN BUFFINGTON, MICHAEL BUFFINGTON, COREY ANDERSON and DAWNYA PARKER, possessed firearms to advance the conspiracy's objectives of selling cocaine and heroin, and to preserve and protect the cocaine and heroin, as well as narcotics proceeds.

6

12.    It was further part of the conspiracy that the defendants and other co-conspirators would and did conceal and hide, and cause to be concealed and hidden, the purposes of the acts done in furtherance of the conspiracy, and would and did use coded language, surveillance and counter-surveillance techniques, and other means to avoid detection and apprehension by law enforcement authorities and otherwise to provide security to members of the conspiracy;

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about January 31, 2007, in the Northern District of Illinois, Eastern Division, and elsewhere,

### JOHN SLATE, aka "Flip",

defendant herein, did travel in interstate commerce between the Northern District of Illinois and Michigan, with intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of an unlawful activity, namely, conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count One of this Indictment, and thereafter did perform and attempt to perform an act to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of that unlawful activity;

In violation of Title 18, United States Code, Section 1952.

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about March 12, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CALVIN BUFFINGTON,
aka "Big Buff", "Big Boy", "Buff", "Big F" and "Ghost Dog",

defendant herein, knowingly and intentionally distributed a controlled substance, namely, 5 kilograms or more of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about March 12, 2007, in the Northern District of Illinois, Eastern Division, and elsewhere,

MICHAEL SMITH and
GREGORY HARRIS, aka "G",

defendants herein, did travel in interstate commerce between Michigan and the Northern District of Illinois, with intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of an unlawful activity, namely, conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count One of this Indictment, and thereafter did perform and attempt to perform an act to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of that unlawful activity;

In violation of Title 18, United States Code, Section 1952.

## COUNT FIVE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about March 12, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MICHAEL SMITH and
GREGORY HARRIS, aka "G",

defendants herein, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely, 5 kilograms or more of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

11

## COUNT SIX

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about May 23, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CALVIN BUFFINGTON,<br>
aka "Big Buff", "Big Boy", "Buff", "Big F" and "Ghost Dog", and<br>
JOHNNIE HUGHES, aka "Cuz" and "Lil' Cuz",

defendants herein, knowingly and intentionally distributed a controlled substance, namely, in excess of 5 kilograms of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and and Title 18, United States Code, Section 2.

## COUNT SEVEN

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about May 23, 2007, in the Northern District of Illinois, Eastern Division, and elsewhere,

### DARELENE BETTIS,

defendant herein, did travel in interstate commerce between Michigan and the Northern District of Illinois, with intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of an unlawful activity, namely, conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count One of this Indictment, and thereafter did perform and attempt to perform an act to promote, establish, manage, carry on and facilitate the promotion, management, establishment and carrying on of that unlawful activity;

In violation of Title 18, United States Code, Section 1952.

13

## COUNT EIGHT

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about May 23, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

> BRAD PARKER, aka "Jay", "Jay Whizzle", "Whizzle" and "Steven Parker",
> DARELENE BETTIS, and
> ALICIA BETTIS,

defendants herein, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely, in excess of 5 kilograms of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

14

## COUNT NINE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about May 29, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### MARCO PULIDO, aka "Mark",

defendant herein, knowingly and intentionally distributed a controlled substance, namely, in excess of 5 kilograms of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

15

## COUNT TEN

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about May 29, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CALVIN BUFFINGTON,
aka "Big Buff", "Big Boy", "Buff", "Big F" and "Ghost Dog",
JOHNNIE HUGHES, aka "Cuz" and "Lil' Cuz", and
RONNIE HOGUE, aka "Lil' Bro",

defendants herein, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely, in excess of 5 kilograms of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

16

## COUNT ELEVEN

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about June 28, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

and elsewhere,

CALVIN BUFFINGTON,
aka "Big Buff", "Big Boy", "Buff", "Big F" and "Ghost Dog",

defendant herein, knowingly and intentionally possessed with the intent to distribute a controlled

substance, namely, in excess of 100 grams of mixtures and substances containing heroin, a Schedule

I Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

17

## COUNT TWELVE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about June 28, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### DAWNYA PARKER,

defendant herein, knowingly possessed a firearm, namely a Davis Industries Model P-380, .380 automatic pistol, serial number AP491732, in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, namely, a violation of Title 21, United States Code, Section 846, as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c).

18

## COUNT THIRTEEN

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about June 28, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

CALVIN BUFFINGTON,
aka "Big Buff", "Big Boy", "Buff", "Big F" and "Ghost Dog",

defendant herein, knowingly possessed a firearm, namely a Smith & Wesson Model 442, .38 caliber,

serial number DAK1327, in furtherance of a drug trafficking crime for which he may be prosecuted

in a court of the United States, namely, a violation of Title 21, United States Code, Section 846, as

charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c).

19

## COUNT FOURTEEN

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about June 28, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

MICHAEL BUFFINGTON, aka "Mike" and "Bro",

defendant herein, knowingly possessed a firearm, namely an Israel Arms International, .45 caliber pistol, serial number 300204, a Taurus .38 revolver, serial number MB67131, and a Savage 12 gauge shotgun, serial number B142908, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, a violation of Title 21, United States Code, Section 846, as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c).

20

### COUNT FIFTEEN

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about June 28, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

COREY ANDERSON, aka "Kokimo",

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment

exceeding one year, knowingly possessed a firearm in and affecting interstate commerce in that the

firearm had traveled in interstate commerce prior to defendant's possession of the firearm, namely

a Hi-Point, model C9, 9mm caliber pistol, serial number P066484;

In violation of Title 18, United States Code, Section 922(g)(1).

21

# FORFEITURE ALLEGATIONS

The SPECIAL JUNE 2007 GRAND JURY further charges:

1.     The allegations of Count One of this Indictment are realleged and fully incorporated herein for the purpose of alleging forfeiture to the United States, pursuant to the provisions of Title 21, United States Code, Section 853.

2.     As a result of the offense alleged in Count One of this Indictment,

CALVIN BUFFINGTON,
aka "Big Buff", "Big Boy", "Buff", "Big F" and "Ghost Dog",
BRAD PARKER,
aka "Jay", "Jay Whizzle" "Whizzle" and "Steve Parker",
MICHAEL BUFFINGTON, aka "Mike" and "Bro",
LOIS BUFFINGTON,
aka "Momma",
COREY ANDERSON,
aka "Kokimo",
ANTONIE BODDIE,
aka "Twced" and "Tweety Bird",
RONNIE HOGUE,
aka "Little Bro",
JOHNNIE HUGHES,
aka "Cuz" and "Lil' Cuz",
CHRISTOPHER DUKES,
aka "14",
CEDRIC SMITH,
aka "Ce" and "Ced",
ERIC CALDWELL,
aka "E-Dub",
DAWNYA PARKER,
DARELENE BETTIS,
MARCO PULIDO,
aka "Mark",
JOHN SLATE,
aka "Flip",
MICHAEL SMITH,
SESSOR DERRION HOWARD,
aka "Derrion Howard" and "D",
MARK THOMAS,

22

KWAME ANTHONY,
aka "Q",
GREGORY HARRIS,
aka "G", and
ALICIA BETTIS,

defendants herein, have subjected to forfeiture to the United States, pursuant to Title 21, United

States Code, Section 853(a)(1) and (2), the following property and interests:    All property

constituting or derived from the proceeds the defendants obtained, directly or indirectly, as a result

of their violation of Title 21, United States Code, Section 846, as charged in Count One of this

Indictment; and all property used or intended to be used in any manner or part to commit or facilitate

the commission of said violations.

3.    The interests of the defendants subject to forfeiture to the United States, pursuant to

Title 21, United States Code, Section 853, include, but are not limited to $10,000,000 in United

States currency representing proceeds of the narcotics distribution organization, and the following

property:

### Real Property:

(a)    the real property located at 11543 South Carpenter, Chicago, Illinois, legally
described as:

LOT 20 ON BLOCK 37 IN FREDERICK H. BARTLETT'S GREATER
CALUMET SUBDIVISION OF CHICAGO, ILLINOIS, BEING A PART OF
THE SOUTH ½ OF SECTION 20, TOWNSHIP 37 NORTH, RANGE 14,
EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY,
ILLINOIS

PIN: 25-20-403-020-0000;

(b)    the real property located at 11527 South Aberdeen, Chicago, Illinois, legally
described as:

LOT 15 IN BLOCK 36 OF FREDERICK H. BARLETT'S GREATER

23

CALUMET SUBDIVISION OF CHICAGO, BEING PART OF THE SOUTH ½ OF SECTION 20, TOWNSHIP 37 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS, RECORDED AUGUST 21, 1925 AS DOCUMENT NUMBER 901314

PIN: 25-20-402-015-0000;

(c)     the real property located at 842 Verne Lane, Flossmoor, Illinois, legally described as:

LOT 7 IN BLOCK 4 IN FIRST ADDITION TO FLOSSMOOR FARMS, A SUBDIVISION OF THE SOUTHWEST 1/4 OF SECTION 1, TOWNSHIP 35 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS

PIN: 31-01-304-009-0000; and

(d)     the real property located at 11601 South Aberdeen, Chicago, Illinois, legally described as:

LOT 1 IN BLOCK 35 IN FREDERICK H. BARTLETT'S GREATER CALUMET SUBDIVISION OF CHICAGO, BEING PART OF THE SOUTH ½ OF SECTION 20, TOWNSHIP 37 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS

PIN: 25-20-407-001-0000.

**United States Currency:**

(e)     funds in the amount of $93,650.87 seized from JP Morgan Chase Bank checking account number XXXXXXXXX4660 held in the name of LOIS BUFFINGTON;

(f)     funds in the amount of $65,128.79 seized from JP Morgan Chase brokerage account number xxxxx6199 held in the name of Lois Buffington;

(g)     funds in the amount of $5,542.52 seized from JP Morgan Chase brokerage account number xxxxx4852 held in the name of Lois Buffington;

(h)     funds in the amount of $15,015.00 seized on May 29, 2007, from JOHNNIE HUGHES;

(i)     funds in the amount of $4,740.00 seized on June 28, 2007, from MICHAEL BUFFINGTON;

(j)     funds in the amount of $158,310.00 seized on June 28, 2007, from the residence located at 3235 North Talman, Chicago, Illinois;

(k)     funds in the amount of $1,536.00 seized on June 28, 2007, from the residence located at 5030 West 179th Street, Country Club Hills, Illinois;

(l)     funds in the amount of $4,989.00 seized on June 28, 2007, from the residence located at 12916 South Aberdeen Street, Calumet Park, Illinois;

(m)    funds in the amount of $3,400.00 seized on June 28, 2007, from CALVIN BUFFINGTON;

(n)     funds in the amount of $382,545.00 seized on June 28, 2007, from CALVIN BUFFINGTON;

(o)     funds in the amount of $6,139.00 seized on June 28, 2007, from LOIS BUFFINGTON;

(p)     funds in the amount of $1,896.00 seized on June 28, 2007, from COREY ANDERSON;

(q)     funds in the amount of $750,000 seized on June 28, 2007, from BRAD PARKER;

(r)     funds in the amount of $9,700 seized on October 29, 2007 from the residence located at 11543 S. Carpenter, Chicago, Illinois.

**Firearms:**

(s)     one Hi-Point 9mm handgun, Model C-9mm, bearing serial number P066484, and ammunition, seized on June 28, 2007, from COREY ANDERSON;

(t)     one Davis Industries .380 caliber automatic handgun, Model P-380, bearing serial number AP491732, and ammunition, seized from the residence located at 842 Verne Lane, Flossmoor, Illinois;

(u)     one .38 caliber handgun, bearing serial No. DAK1327, and ammunition, seized on June 28, 2007, from CALVIN BUFFINGTON;

(v)     one Springfield Shotgun, bearing serial No. B142908, and ammunition,

25

seized on June 28, 2007, from MICHAEL BUFFINGTON;

(w)    one Taurus revolver, bearing serial No. MB67131, and ammunition, seized on June 28, 2007 from MICHAEL BUFFINGTON;

(x)    one Israel Arms International .45 caliber semi-automatic handgun, bearing serial No. 300204, and ammunition, seized on June 28, 2007 from MICHAEL BUFFINGTON;

(y)    one .380 caliber handgun, bearing serial No. 294402, and ammunition, seized on June 28, 2007 from the residence at 11601 S. Aberdeen, Chicago;

(z)    ammunition seized on October 29, 2007 from the residence at 11527 S. Aberdeen, Chicago;

**Vehicles:**

(aa)    one 2002 Chevrolet Avalanche, VIN: 3GNEK13T92G243615, seized on June 28, 2007, from ERIC CALDWELL;

(bb)    one 2007 Lincoln Mark LT pick-up, VIN: 5LTPW18557FJ02689, seized on June 28, 2007, from the residence located at 3235 North Talman, Chicago, Illinois; and

(cc)    one 2004 Mercedes Benz E320 Sedan, VIN: WDBUF65J94A524024, seized on June 28, 2007, from the residence located at 5030 West 179th Street, Country Club Hills, Illinois.

26

4.    If any of the property subject to forfeiture pursuant to Title 21, United States Code,

Section 853(a), as a result of any act or omission of the defendants:

    a.    Cannot be located upon the exercise of due diligence;

    b.    Has been transferred or sold to, or deposited with, a third person;

    c.    Has been placed beyond the jurisdiction of the Court;

    d.    Has been substantially diminished in value; or

    e.    Has been commingled with other property which cannot be subdivided without difficulty.

it is the intent of the United States to seek forfeiture of substitute property under the provisions of

Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

27