**FILED**

DEC 1 3 2007 NF

DEC 13 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Felony* NF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
SUPERSEDING INDICTMENT
DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**JUDGE LEINENWEBER**

**MAGISTRATE JUDGE COLE**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐  YES ☒  If the answer is "Yes", list the case number and title of the earliest filed complaint:
   07 CR 410  US v. Calvin Buffington, et al  Cole

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☐  YES ☒  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   07 CR 410  U.S. v. Buffington, et al.  Judge Leinenweber

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☐   YES ☒

8) Does this indictment or information include a conspiracy count?   NO ☐   YES ☒

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ........... (II)          ☐ Income Tax Fraud ........ (II)         ☐ DAPCA Controlled Substances ... (III)
   ☐ Criminal Antitrust ....... (II)    ☐ Postal Fraud ............ (II)         ☐ Miscellaneous General Offenses ... (IV)
   ☐ Bank robbery .......... (II)       ☐ Other Fraud ............. (III)        ☐ Immigration Laws .......... (IV)
   ☐ Post Office Robbery ..... (II)     ☐ Auto Theft .............. (IV)         ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Other Robbery ......... (II)       ☐ Transporting Forged Securities . (III) ☐ Food & Drug Laws ......... (IV)
   ☐ Assault ............... (III)      ☐ Forgery ................. (III)        ☐ Motor Carrier Act ........ (IV)
   ☐ Burglary .............. (IV)       ☐ Counterfeiting .......... (III)        ☐ Selective Service Act ..... (IV)
   ☐ Larceny and Theft ..... (IV)       ☐ Sex Offenses ............ (II)         ☐ Obscene Mail ............ (III)
   ☐ Postal Embezzlement .... (IV)      ☐ DAPCA Marijuana ......... (III)        ☐ Other Federal Statutes ....... (III)
   ☐ Other Embezzlement .... (III)      ☒ DAPCA Narcotics ......... (III)        ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.
    21, USC §§ 841(a)(1), 846; 18, USC §§ 922(g)(1), 924(c), 1952 & 2

TERRA L. BROWN
Assistant United States Attorney

(Revised 12/99)