

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

USA v. Buffington et al

Case Number:

07CR410-21

FILED
DEC 18, 2007
DEC 1 8 2007
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALICIA BETTIS

| | |
|---|---|
| NAME (Type or print) <br> CHARLES J. ARON | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ _(signature)_ | |
| FIRM <br> ATTORNEY AT LAW | |
| STREET ADDRESS <br> 19 WEST JACKSON BLVD., SUITE 212 | |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0071625 | TELEPHONE NUMBER <br> 312/986-8012 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ✓ | |