# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF: USA v.s. BUFFINGTON

FOR: Northern District of Illinois
AT: Eastern

**FILED**
DEC 18 2007
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

PERSON REPRESENTED (Show your full name): ALICIA BETTIS

- 1 ☒ Defendant — Adult
- 2 ☐ Defendant — Juvenile
- 3 ☐ Appellant
- 4 ☐ ...
- 5 ☐ ...
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☒ Other — TARGET

DOCKET NUMBERS
Magistrate:
District Court: 07CR410
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor
21 USC 841

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: 4/06
- How much did you earn per month? $ 1000
- If married is your Spouse employed? ☐ Yes  ☐ No  DNA
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
- RECEIVED: $ 3000
- SOURCES: BABYSITTING

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes  ☐ No  IF YES, state total amount $ 200

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
- VALUE: _____
- DESCRIPTION: _____

## DEPENDENTS

MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED

Total No. of Dependents: —

List persons you actually support and your relationship to them: _____

## OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| NONE | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 11-28-07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ A. Bettis